1    ADAM GANZ, ESQ.
     Nevada Bar No. 6650
2    Aganz@ganzhauf.com
     MARJORIE L. HAUF, ESQ.
3    Nevada Bar No. 8111
     Mhauf@ganzhauf.com
4    MELANIE L. THOMAS, ESQ.
     Nevada Bar No. 12576
5    Mthomas@ganzhauf.com
     GANZ & HAUF
6    8950 W. Tropicana Ave., Suite 1
     Las Vegas, Nevada 89147
7    Tel: (702) 598-4529
     Fax: (702) 598-3626
8    *Attorneys for Plaintiffs*

9                                              -o0o-

10                                   **DISTRICT COURT**

11                              **CLARK COUNTY, NEVADA**

12   SUSAN HOY as Special Administrator of the
     ESTATE OF A.D.J., a male minor (November 17,        CASE NO:    2:18-cv-01403-RFB-GWF
13   2003 - April 25, 2017), and SUSAN HOY as
     Guardian Ad Litem of A.B.J., a female minor,
14   (December 21, 2005), DIJONAY THOMAS,
     individually and as heir to A.D.J.,
15
                              Plaintiffs,
16   v.
17   PAUL   D.   JONES,   individually;   CAROLE          **STIPULATION AND
     FALCONE,  individually  and  in  her  official       [PROPOSED] ORDER
18   capacity; PAULA HAMMACK, individually and            DISMISSING ALL CLAIMS AGAINST
     in  her  official  capacity;  CLARK  COUNTY          DEFENDANT CLARK COUNTY
19   DEPARTMENT   OF   FAMILY   SERVICES;                  DEPARTMENT OF FAMILY SERVICES
     COUNTY OF CLARK, a political subdivision of          (ONLY) WITH PREJUDICE AND TO
20   the State of Nevada; DOES I-X, individuals; and      ALLOW PLAINTIFFS TO FILE AN
     ROE CORPORATIONS I-X; DOE CLARK                      AMENDED COMPLAINT
21   COUNTY   DEPARTMENT   OF   FAMILY
     SERVICES EMPLOYEES XI-XXX; individually
22   and in their official capacities,
23                              Defendants.

24          Plaintiffs SUSAN HOY as Special Administrator of the ESTATE OF A.D.J., and SUSAN

25   HOY as Guardian Ad Litem of A.B.J., and DIJONAY THOMAS, by and through their counsel of

26   record, MARJORIE HAUF, ESQ. and MELANIE L. THOMAS, ESQ., of the law firm of GANZ &

27   HAUF and Defendant CLARK COUNTY DEPARTMENT OF FAMILY SERVICES, by and through

28   its counsel of record, FELICIA GALATI, ESQ. of the law firm of OLSON, CANNON, GORMLEY,

     ANGULO & STOBERSKI, hereby stipulate to dismiss all claims against Defendant CLARK



COUNTY DEPARTMENT OF FAMILY SERVICES **(only)**, in the above-entitled matter, with

prejudice, with each party to bear their own fees and costs incurred herein.[1]

The parties further stipulate to allow Plaintiffs to amend their Complaint to add additional

Defendants related to the weekly rental complex where the Decedent was killed.

DATED this 14th day of November, 2018.   DATED this 14th day of November, 2018.
GANZ & HAUF                                OLSON, CANNON, GORMLEY, ANGULO
                                           & STOBERSKI

*/s/ Marjorie Hauf, Esq.*                  */s/ Felicia Galati, Esq.*

MARJORIE HAUF, ESQ.                        FELICIA GALATI, ESQ.
Nevada Bar No. 8111                        Nevada Bar No. 7341
MELANIE L. THOMAS, ESQ.                    9950 W. Cheyenne Ave.
Nevada Bar No. 12576                       Las Vegas, Nevada 89129
8950 W. Tropicana Ave., Ste. 1            *Attorneys for Defendants*
Las Vegas, Nevada 89147
*Attorneys for Plaintiffs*

IT IS SO ORDERED.

DATED this __26th__ day of November, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge

---

[1] The claims against Defendants PAUL D. JONES, individually; CAROLE FALCONE, individually and in her official capacity; PAULA HAMMACK, individually and in her official capacity; COUNTY OF CLARK, a political subdivision of the State of Nevada; DOES I-X, individuals; and ROE CORPORATIONS I-X; DOE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XI-XXX; individually and in their official capacities, will remain and are not subject to this Stipulation.



8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626