MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
mhauf@ganzhauf.com
MELANIE L. THOMAS, ESQ.
Nevada Bar No. 12576
mthomas@ganzhauf.com
GANZ & HAUF
8950 W. Tropicana Ave, Suite 1
Las Vegas, Nevada 89147
Telephone: (702) 598-4529
Facsimile: (702) 598-3626
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN HOY as Special Administrator of the ESTATE OF A.D.J., a male minor (November 17, 2003 - April 25, 2017), and SUSAN HOY as Guardian Ad Litem of A.B.J., a female minor, (December 21, 2005), DIJONAY THOMAS, individually and as heir to A.D.J., <br><br> Plaintiffs, <br><br> v. <br><br> PAUL D. JONES, individually; CAROLE FALCONE, individually and in her official capacity; PAULA HAMMACK, individually and in her official capacity; COUNTY OF CLARK, a political subdivision of the State of Nevada; DOES I-X, individuals; and ROE CORPORATIONS I-X; DOE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XI-XXX; individually and in their official capacities; BOULDER II DE, LLC, a Delaware Limited Liability Company dba SIEGEL SUITES BOULDER 2; THE SIEGEL GROUP NEVADA, INC., A Domestic Corporation, dba THE SIEGEL GROUP; BOULDER II LV HOLDINGS, LLC, A Nevada Limited Liability Company; DOE EMPLOYEE SIEGEL SUITES I-X, <br><br> Defendants. | CASE NO.: 2:18-cv-01403-RFB-GWF <br><br><br> **STIPULATION AND (PROPOSED) ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective

counsel of record, that the deadline for Plaintiffs to file their response to Defendants The Siegel

Group of Nevada, Inc.'s, Boulder II DE, LLC's, and Boulder II LV Holdings, LLC's Motion to

Dismiss Plaintiffs' First Amended Complaint (ECF No. 24, filed 03/28/2019), currently due April 11, 2019 be extended through April 17, 2019.

    This is Plaintiff's first request for an extension and this stipulation is submitted in good faith without the purpose of undue delay.

DATED this 11th day of April, 2019.    DATED this 11th day of April, 2019.

**GANZ & HAUF**    **HAWKINS MELENDREZ, P.C.**

*/s/ Marjorie Hauf, Esq.*    */s/ Martin I. Melendrez, esq.*

_____    _____

MARJORIE HAUF, ESQ.    MARTIN I. MELENDREZ, ESQ.
Nevada Bar No. 8111    Nevada Bar No. 7818
mhauf@ganzhauf.com    JUSTIN R. TARUC, ESQ.
MELANIE L. THOMAS, ESQ.    Nevada Bar No. 12500
Nevada Bar No. 12576    BRITIANNICA D. COLLINS, ESQ.
mthomas@ganzhauf.com    Nevada Bar No. 13324
8950 W. Tropicana Ave, Suite 1    9555 Hillwood Drive, Suite 150
Las Vegas, Nevada 89147    Las Vegas, NV 89134
Telephone: (702) 598-4529    Telephone: (702) 318-8800
Facsimile: (702) 598-3626    Facsimile: (702) 318-8801
*Attorneys for Plaintiffs*    Email: mmelendrez@hawkinsmelendrez.com
        jtaruc@hawkinsmelendrez.com
        bcollins@hawkinsmelendrez.com
Attorneys for Defendants
*The Siegel Group of Nevada, Inc., Boulder II De, LLC and Boulder II LV Holdings, LLC*

**IT IS SO ORDERED.**

Dated: April 12, 2019.    _____
    RICHARD F. BOULWARE, II
    UNITED STATES DISTRICT JUDGE

