ADAM GANZ, ESQ.
Nevada Bar No. 6650
Aganz@ganzhauf.com
MARJORIE L. HAUF, ESQ.
Nevada Bar No. 8111
Mhauf@ganzhauf.com
MELANIE L. THOMAS, ESQ.
Nevada Bar No. 12576
Mthomas@ganzhauf.com
GANZ & HAUF
8950 W. Tropicana Ave., Suite 1
Las Vegas, Nevada 89147
Tel: (702) 598-4529
Fax: (702) 598-3626
*Attorneys for Plaintiffs*

-o0o-

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN HOY as Special Administrator of the ESTATE OF A.D.J., a male minor (November 17, 2003 - April 25, 2017), and SUSAN HOY as Guardian Ad Litem of A.B.J., a female minor, (December 21, 2005), DIJONAY THOMAS, individually and as heir to A.D.J., <br><br> Plaintiffs, <br><br> v. <br><br> PAUL D. JONES, individually; CAROLE FALCONE, individually and in her official capacity; PAULA HAMMACK, individually and in her official capacity; COUNTY OF CLARK, a political subdivision of the State of Nevada; DOES I-X, individuals; and ROE CORPORATIONS I-X; DOE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XI-XXX; individually and in their official capacities; BOULDER II DE, LLC, a Delaware Limited Liability Company dba SIEGEL SUITES BOULDER 2; THE SIEGEL GROUP NEVADA, INC., A Domestic Corporation, dba THE SIEGEL GROUP; BOULDER II LV HOLDINGS, LLC, A Nevada Limited Liability Company; DOE EMPLOYEE SIEGEL SUITES I-X, <br><br> Defendants. | CASE NO.: 2:18-cv-01403-RFB-GWF <br><br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS COUNTY OF CLARK, CAROLE FALCONE AND PAULA HAMMACK'S MOTION FOR SUMMARY JUDMENT** <br><br> **(FIRST REQUEST)** |

COMES NOW SUSAN HOY as Special Administrator of the ESTATE OF A.D.J., a male

minor 17, 2003 - April 25, 2017), and SUSAN HOY as Guardian Ad Litem of A.B.J., a female

Page 1

minor, (December 21, 2005), DIJONAY THOMAS, individually and as heir to A.D.J. and C CAROLE FALCONE, individually and in her official capacity; PAULA HAMMACK, individually and in her official capacity; COUNTY OF CLARK, a political subdivision of the State of Nevada; by and through their respective counsel of record and hereby stipulate to extend the time for Plaintiffs to file their response to ***Defendants, County of Clark, Carole Falcone and Paula Hammack's Motion for Summary Judgment (ECF No.: 41.)***

Plaintiffs' response is currently due on August 23, 2019. Plaintiffs' counsel was in a motor vehicle crash on August 20, 2019. Therefore, Plaintiffs have good cause to request an extension of time until Friday, August 30, 2019, seven (7) days after the response would otherwise be due.

Defendants' Reply to Plaintiffs' response will be due on 9/20/19.

…

…

…

…

…

…

…

…

…

…

…

…

…

…

GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

This is Plaintiffs' first request for an extension and this stipulation is submitted in good faith without the purpose of undue delay.

Dated this 22nd day of August 2019.

GANZ & HAUF

/s/ Marjorie Hauf, Esq.
_____
MARJORIE HAUF ESQ.
Nevada Bar No. 8111
MELANIE L. THOMAS, ESQ.
Nevada Bar No. 12576
8950 W. Tropicana Ave. #1
Las Vegas, NV 89147
Attorney for Plaintiffs

Dated this 22nd day of August 2019.

OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI

/s/ Felicia Galati, Esq.
_____
FELICIA GALATI, ESQ.
Nevada Bar No. 7341
9950 w. Cheyenne Ave.
Las Vegas, NV 89129
Attorney for Defendants

IT IS SO ORDERED.

Dated this 23 day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

