UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SUSAN HOY, as Special Administrator of the ESTATE OF A.D.J., a male minor (November 17, 2003 – April 25, 2017), and SUSAN HOY, as Guardian Ad Litem of A.B.J., a female minor (December 21, 2005), DIJONAY THOMAS, individually and as heir to A.D.J., <br><br> Plaintiffs, <br><br> v. <br><br> PAUL D. JONES, individually; CAROLE FALCONE, individually and in her official capacity; PAULA HAMMACK, individually and in her official capacity; COUNTY OF CLARK, a political subdivision of the State of Nevada; DOES I-X, individuals; and ROE CORPORATIONS I-X; DOE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XI-XXX; individually and in their official capacities; BOULDER II DE, LLC, a Delaware Limited Liability Company dba SIEGEL SUITES BOULDER 2; THE SIEGEL GROUP NEVADA, INC., a Domestic Corporation, dba THE SIEGEL GROUP; BOULDER II LV HOLDINGS, LLC, a Nevada Limited Liability Company; DOE EMPLOYEE SIEGEL SUITES I-X, <br><br> Defendants. | Case No. 2:18-CV-01403-RFB-EJY <br><br><br> **ORDER** |

Before the Court is the Stipulation and [Proposed] Order to Stay Discovery (ECF No. 52). The parties provide a reasonable bases for the requested stay; however, they fail to provide any status check deadlines or a deadline to submit an amended discovery plan and scheduling order upon resolution of the state criminal case.

Accordingly,

IT IS HEREBY ORDERED that the Stipulation and [Proposed] Order to Stay Discovery (ECF No. 52) is GRANTED in part and DENIED in part.

1    IT IS FURTHER ORDERED that discovery shall be stayed for a period of 60 days measured
2 from the date of this Order.
3    IT IS FURTHER ORDERED that the parties shall submit a status report regarding the
4 progress, if any, in the state criminal case within 70 days of the date of this Order. The report shall
5 address the need, if any, for a further stay of discovery or, in the alternative, present an amended
6 discovery plan and scheduling order.

DATED: November 8, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE