UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SUSAN HOY, as Special Administrator of the ESTATE OF A.D.J., a male minor (November 17, 2003 – April 25, 2017), and SUSAN HOY, as Guardian Ad Litem of A.B.J., a female minor (December 21, 2005), DIJONAY THOMAS, individually and as heir to A.D.J.,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL D. JONES, individually; CAROLE FALCONE, individually and in her official capacity; PAULA HAMMACK, individually and in her official capacity; COUNTY OF CLARK, a political subdivision of the State of Nevada; DOES I-X, individuals; and ROE CORPORATIONS I-X; DOE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XI-XXX; individually and in their official capacities; BOULDER II DE, LLC, a Delaware Limited Liability Company dba SIEGEL SUITES BOULDER 2; THE SIEGEL GROUP NEVADA, INC., a Domestic Corporation, dba THE SIEGEL GROUP; BOULDER II LV HOLDINGS, LLC, a Nevada Limited Liability Company; DOE EMPLOYEE SIEGEL SUITES I-X,<br><br>Defendants. | Case No. 2:18-CV-01403-RFB-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiffs' Motion to Amend Complaint After Motion for Reconsideration Decision (ECF No. 85); Defendant Boulder II DE, LLC's Opposition to Plaintiffs' Motion to Amend Complaint After Motion for Reconsideration Decision (ECF No. 86); County of Clark, Carole Falcone, and Paula Hammack's: (1) Opposition to Plaintiffs' Motion to Amend Complaint after Motion for Reconsideration [ECF No. 87]; and (2) Counter-Motion to Strike Plaintiffs' Motion to Amend … and for Sanctions (ECF No. 89); Plaintiffs' Reply to Defendant Boulder II DE, LLC's Opposition to Plaintiffs' Motion to Amend Complaint After Motion for Reconsideration Decision (ECF No. 92); Plaintiffs' Reply to Defendants County of Clark, Carole

1  Falcone and Paula Hammack's: (1) Opposition to Plaintiffs' Motion to Amend Complaint after
2  Motion for Reconsideration; and (2) Counter-Motion to Strike Plaintiffs' Motion to Amend … and
3  for Sanctions (ECF No. 93); and, Defendant County of Clark, Carole Falcone and Paula Hammack's
4  Reply to Plaintiffs' Reply to Defendants': (1) Opposition to Plaintiffs' Motion to Amend Complaint
5  after Motion for Reconsideration; and (2) Counter-Motion to Strike Plaintiffs' Motion to Amend …
6  and for Sanctions (ECF No. 94).

On May 30, 2020, the Honorable Richard F. Boulware, District Judge, ordered this matter stayed until the criminal case pending in the Eighth Judicial District Court against Paul D. Jones is resolved. ECF No. 63 at 26. This Court further notes that in the Court's May 30, 2020 Order, there was no time period within which Plaintiffs were required to file their amended complaint to assert allegations sufficient to state a claim for liability as to Siegel Group Nevada Inc. and Boulder II LV Holdings, LCC. *Id*. Further, no grant of leave to amend was ordered as to Defendants County of Clark, Carole Falcone or Paula Hammack. *Id*. A review of Plaintiffs' currently pending Motion to Amend (ECF No. 85) shows Plaintiffs do not seek to amend the operative complaint or delay amendment of the operative complaint against County of Clark, Carole Falcone, and Paula Hammack. ECF No. 85. Instead, as to these Defendants, Plaintiffs are seeking reconsideration of the Court's Order granting summary judgment in their favor. *See* ECF No. 69.

Further, because the Court ordered no specific time within which Plaintiffs were required to file an amended complaint against Defendants Siegel Group Nevada Inc. and Boulder II LV Holdings, LLC, and the matter is stayed until resolution of the criminal proceedings pending in Nevada State Court, Plaintiffs' Motion to Amend after Reconsideration Decision is premature. For these same reasons, as well as because Defendants County of Clark, Carole Falcone, and Paula Hammack's Motion to Strike and for Sanctions is based on a faulty factual premise, their Motion is moot.

Accordingly, and based on the foregoing,

IT IS HEREBY ORDERED that Plaintiffs' Motion to Amend Complaint After Motion for Reconsideration Decision (ECF No. 85) is DENIED, without prejudice, as premature as this matter is stayed until the criminal matter pending against Defendant Paul D. Jones is resolved.

2

1    IT IS FURTHER ORDERED that County of Clark, Carole Falcone, and Paula Hammack's Counter-Motion to Strike Plaintiffs' Motion to Amend and for Sanctions (ECF No. 89) is DENIED as moot because the Motion is based on an erroneous factual premise.

Dated this 4th day of January, 2021

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE