Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
H&P LAW
8950 W Tropicana Ave., #1
Las Vegas, NV 89147
702 598 4529 TEL
702 598 3626 FAX
mhauf@courtroomproven.com
mpfau@courtroomproven.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SUSAN HOY as Special Administrator of the ESTATE OF A.D.J., a male minor (November 17. 2003 – April 25, 2017), and SUSAN HOY as Guardian Ad Litem of A.B.J., a female minor, (December 21, 2005), DIJONAY THOMAS, individually and as heir to A.D.J., <br><br>Plaintiffs, <br><br>vs. <br><br>PAUL D. JONES, individually; CAROLE FALCONE, individually and in her official capacity; PAULA HAMMACK, individually and in her official capacity; COUNTY OF CLARK, a political subdivision of the State of Nevada; DOES I-X, individuals; and ROE CORPORATIONS I-X; DOE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XI-XXX; individually and in their official capacities; BOULDER II DE, LLC, a Delaware Limited Liability Company dba SIEGEL SUITES BOULDER 2; THE SIEGEL GROUP NEVADA, INC., A Domestic Corporation, dba THE SIEGEL GROUP; BOULDER II LV HOLDINGS, LLC, A Nevada Limited Liability Company; DOE EMPLOYEE SIEGEL SUITES I-X, <br><br>Defendants. | Case No.: 2:18-cv-01403-RFB-EJY <br><br>JOINT STATUS REPORT |

COMES NOW Plaintiffs SUSAN HOY as Special Administrator of the ESTATE OF A.D.J., a male minor, SUSAN HOY as Guardian Ad Litem of A.B.J., a female minor and DIJONAY THOMAS, as heir to A.D.J. (hereinafter "Plaintiffs"); and Defendant BOULDER II DE, LLC, (collectively, the "parties"),

by and through their respective counsel of record, do hereby jointly submit the following status report:

The criminal jury trial regarding Case No.: C-17-326614-1 is set to commence on December 13, 2021. Currently this matter has been stayed pursuant to Stipulation of the parties and Order of the Court and is set to expire on May 26, 2021. [ECF No. 55]. As the stay will soon expire, the parties will need an additional stay of discovery until the completion of the criminal proceedings. The parties request the stay be extended until January 26, 2022. Once the stay is lifted, the parties will submit an updated proposed Discovery Plan for the Court's review and approval.

Dated this 20th day of April 2021.

H&P Law

/s/ Marjorie Hauf, Esq.

_____
Marjorie Hauf, Esq.
Nevada Bar No. 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
8950 W Tropicana Ave., #1
Attorneys for Plaintiffs

Dated this 20th day of April 2021.

Hawkins Melendrez, P.C.

/s/ Britannica D. Collins, Esq.

_____
Martin I. Melendrez, Esq.
Nevada Bar No. 7818
Britannica D. Collins, Esq.,
Nevada Bar No. 13324
9555 Hillwood Drive, Suite 150
Las Vegas, NV 89134
Attorney for Defendant,
Boulder II De, LLC

**IT IS SO ORDERED.**

**Dated this 20th day of April, 2021.**

_____
**U.S. MAGISTRATE JUDGE**