**SAO**
Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
H&P LAW
8950 W Tropicana Ave., #1
Las Vegas, NV 89147
702 598 4529 TEL
702 598 3626 FAX
mhauf@courtroomproven.com
mpfau@courtroomproven.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| SUSAN HOY as Special Administrator of the ESTATE OF A.D.J., a male minor (November 17, 2003-April 25, 2017) and SUSAN HOY as Guardian Ad Litem of A.B.J., a female minor, (December 21, 2005), DIJONAY THOMAS, individually and as heir to A.D.J.<br><br>Plaintiffs,<br>vs.<br><br>PAUL D. JONES, individually; DOES I-X, individuals; and ROE CORPORATIONS I-X; DOE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XI-XXX; individually and in their official capacities; BOULDER II DE, LLC, a Delaware Limited Liability Company dba SIEGEL SUITES BOULDER 2; DOE EMPLOYEE SIEGEL SUITES I-X,<br><br>Defendants. | Case No.: 2:18-cv-01403-RFB-GWF<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFFS REPLIES TO DEFENDANTS' RESPONSES TO PLAINTIFFS' MOTION TO AMEND COMPLAINT (ECF.: 109 AND ECF.: 116)** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiffs to file their Replies to Defendant, Boulder II DE, LLC's Response to Plaintiff's Motion to Amend Complaint (ECF No.: 109) be extended from June 16, 2021, to June 23, 2021.

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiffs to file their Replies to

Defendant, Clark County Department of Family Services Employees Response to Plaintiff's Motion to Amend Complaint (ECF No.: 116) be extended from June 15, 2021, to June 23, 2021.

This extension is being requested in good faith and not for the purpose of delay. Additional time is needed to compile exhibits and obtain supporting affidavits to accompany Plaintiffs' responses.

| | |
|---|---|
| Dated this 15th day of June, 2021. | Dated this 15th day of June, 2021. |
| H&P Law | OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI |
| /s/ Marjorie Hauf, Esq.<br>_____<br>MARJORIE HAUF ESQ.<br>Nevada Bar No. 8111<br>8950 W. Tropicana Ave. #1<br>Las Vegas, NV 89147<br>Attorney for Plaintiffs | /s/ Felicia Galati, Esq.<br>_____<br>FELICIA GALATI, ESQ.<br>Nevada Bar No. 7341<br>9950 w. Cheyenne Ave.<br>Las Vegas, NV 89129<br>Attorney for Defendant,<br>Clark County Department of Family Services Employees |

Dated this 15th day of June, 2021.

HAWKINS MELENDREZ, P.C.

/s/ Martin Melendrez, Esq.
_____
MARTIN I. MELENDREZ, ESQ.
Nevada Bar No. 7818
9555 Hillwood Drive, Suite 150
Las Vegas, NV 89134
Attorney for Defendant,
Boulder II De, LLC,

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDE**

**Dated: June 15, 2021**

STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFFS REPLIES TO DEFENDANTS' RESPONSES TO PLAINTIFFS' MOTION TO AMEND COMPLAINT (ECF.: 109 AND ECF.: 116)