FELICIA GALATI, ESQ.
Nevada Bar No. 007341
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: 702-384-4012
Fax:   702-383-0701
fgalati@ocgas.com
Attorneys for Defendants
COUNTY OF CLARK, CAROLE FALCONE
and PAULA HAMMACK

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN HOY as Special Administrator of the ESTATE OF A.D.J., a male minor (November 17, 2003 – April 25, 2017), and SUSAN HOY as Guardian Ad Litem of A.B.J., a female minor, (December 21, 2005), DIJONAY THOMAS, individually and as heir to A.D.J.,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL D. JONES, individually; CAROLE FALCONE, individually and in her official capacity; PAULA HAMMACK, individually and in her official capacity; COUNTY OF CLARK, a political subdivision of the State of Nevada; DOES I-X, individuals; and ROE CORPORATIONS I-X; DOE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XI-XXX; individually and in their official capacities; BOULDER II DE, LLC, a Delaware Limited Liability Company dba SIEGEL SUITES BOULDER 2; THE SIEGEL GROUP NEVADA, INC., A Domestic Corporation, dba THE SIEGEL GROUP; BOULDER II LV HOLDINGS, LLC, A Nevada Limited Liability Company; DOE EMPLOYEE SIEGEL SUITES I-X,<br><br>Defendants. | CASE NO.   2:18-CV-01403-RFB-EJY<br><br><br><br><br><br><br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANTS' TO FILE REPLIES TO PLAINTIFFS' RESPONSES (ECF Nos. 122 and 123) AND RESPONSE TO PLAINTIFFS' ERRATA (ECF No. 124)**<br><br>**(FIRST REQUEST)** |

1

Law Offices of
**OLSON CANNON GORMLEY & STOBERSKI**
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Fax (702) 383-0701

COME NOW Plaintiff SUSAN HOY as Special Administrator of the ESTATE OF A.D.J., a male minor 17, 2003 - April 25, 2017), and SUSAN HOY as Guardian Ad Litem of A.B.J., a female minor, (December 21, 2005), DIJONAY THOMAS, individually and as heir to A.D.J.; and Defendants CAROLE FALCONE, individually and in her official capacity; PAULA HAMMACK, individually and in her official capacity; COUNTY OF CLARK, a political subdivision of the State of Nevada (collectively "Defendants"); by and through their respective counsel of record and hereby stipulate to extend the time for Defendants to file their Reply to Plaintiffs' Response to Counter-Motion to Strike (ECF No. 122); Reply to Plaintiffs' Response to in support of Counter-Motion for Sanctions (ECF No. 123); and Response to Plaintiffs' Errata to Motion to Amend (ECF No. 124).

Defendants' Replies are currently due on June 25, 2021. On June 18, 2021, after Defendants' filed their Response to Plaintiff's Motion to Amend and Counter-Motions to Strike and for Sanctions on June 8 and 9, 2021 (ECF Nos. 107, 115 and 116), Plaintiffs filed an Errata to their Motion Amend, including the 27-page proposed second amended Complaint. (ECF No. 124) Defendants' counsel will be out of State between June 23 and June 26, 2021 due to family medical issues and will not be able to timely prepare the Replies and prepare the Response to the Errata, including given the 47 pages of documents. Therefore, Defendants have good cause to request an extension of time until July 5, 2021, ten (10) days after the Replies would otherwise be due and to prepare the Response to the Errata.

Defendants' Replies to Plaintiffs' Responses (ECF Nos. 122 and 123) and the Response to Errata will be due on July 5, 2021.

. . .

. . .

2

This is Defendants' first request for an extension and this stipulation is submitted in good faith without the purpose of undue delay.

DATED this 22nd day of June, 2021.

**H&P LAW**

/s/Marjorie Hauf, Esq.

MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
Mhauf@courtroomproven.com
MATTHEW PFAU, ESQ.
Nevada Bar No. 11439
8950 W. Tropicana Ave., Ste. 1
Las Vegas, Nevada 89147
*Attorneys for Plaintiffs*

DATED this 22nd day of June, 2021.

**OLSON CANNON GORMLEY & STOBERSKI**

/s/Felicia Galati, Esq.

FELICIA GALATI, ESQ.
Nevada Bar No. 7341
fgalati@ocgas.com
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89129
*Attorneys for Defendants
County of Clark, Carole Falcone and
Paula Hammack*

IT IS SO ORDERED this 22nd day of June, 2021.



RICHARD F. BOULWARE, II
United States District Court

Susan Hoy, et al v. Paul Jones, et al
Case No. 2:18-CV-01403-RFB-EJY