MARTIN I. MELENDREZ, ESQ.
Nevada Bar No. 7818
BRITANNICA D. COLLINS, ESQ.
Nevada Bar No. 13324
**HAWKINS MELENDREZ, P.C.**
9555 Hillwood Drive, Suite 150
Las Vegas, Nevada 89134
Phone:  (702) 318-8800
Fax:      (702) 318-8801
mmelendrez@hawkinsmelendrez.com
bcollins@hawkinsmelendrez.com
*Attorneys for Defendant Boulder II De, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN HOY as Special Administrator of the ESTATE OF A.D.J., a male minor (November 17, 2003 – April 25, 2017), and SUSAN HOY as Guardian Ad Litem of A.B.J., a female minor, (December 21, 2005), DIJONAY THOMAS, individually and as heir to A.D.J., <br><br> Plaintiffs, <br><br> v. <br><br> PAUL D. JONES, individually; CAROLE FALCONE, individually and in her official capacity; PAULA HAMMACK, individually and in her official capacity; COUNTY OF CLARK, a political subdivision of the State of Nevada; DOES I-X, individuals; and ROE CORPORATIONS I-X; DOE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XI-XXX; individually and in their official capacities; BOULDER II DE, LLC, a Delaware Limited Liability Company dba SIEGEL SUITES BOULDER 2; THE SIEGEL GROUP NEVADA, INC., a Domestic Corporation, dba THE SIEGEL GROUP; BOULDER II LV HOLDINGS LLC, a Nevada Limited Liability Company; DOE EMPLOYEE SIEGEL SUITES I-X, <br><br> Defendants. | Case No.: 2:18-cv-01403-RFB-GWF <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO COMPEL** |

**IT IS HEREBY STIPULATED** by and between Plaintiffs SUSAN HOY as Special Administrator of the ESTATE OF A.D.J., a male minor, SUSAN HOY as Guardian Ad Litem of A.B.J., a female minor and DIJONAY THOMAS, as heir to A.D.J. (hereinafter "Plaintiffs"), by and through their counsel Marjorie Hauf, Esq. of H&P Law and Defendant BOULDER II DE, LLC by and through their counsel Martin I. Melendrez, Esq., that the in-person hearing on Plaintiffs' Motion to Compel currently set for July 29, 2021 at 10:30 a.m. is to be continued to August 16, 2021 at 1:00 p.m.

This continuance is being requested due to counsel being unavailable on the date set by the Court and is being made in good faith and not for the purposes of delay.

DATED this 26th day of July, 2021           DATED this 26th day of July, 2021

**H&P LAW**                                  **HAWKINS MELENDREZ, P.C.**

 /s/ Marjorie Hauf                            /s/ Martin I. Melendrez
MARJORIE HAUF, ESQ.                          MARTIN I. MELENDREZ, ESQ.
Nevada Bar No. 8111                          Nevada Bar No. 7818
BRE'AHN WILLIAMS, ESQ.                       BRITANNICA D. COLLINS, ESQ.
Nevada Bar No. 15672                         Nevada Bar No. 13324
8950 W. Tropicana Ave., Suite 1              9555 Hillwood Drive, Suite 150
Las Vegas, Nevada 89147                      Las Vegas, Nevada 89134
*Attorneys for Plaintiffs*                   *Attorneys for Defendant Boulder II De, LLC*

**IT IS HEREBY ORDERED** that the Stipulation and Order to Continue Hearing on Plaintiffs' Motion to Compel is GRANTED.

**IT IS FURTHER ORDERED** that the in-person hearing on Plaintiffs' Motion to Compel is continued from July 29, 2021 at 10:30 a.m. to August 16, 2021 at 1:00 p.m., in Courtroom 3A.

Susan Hoy, et al v. Paul Jones, et al.
Case No. 2:18-CV-01403-RFB-EJY

_____
UNITED STATES MAGISTRATE JUDGE