Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
H&P LAW
8950 W Tropicana Ave., #1
Las Vegas, NV 89147
702 598 4529 TEL
702 598 3626 FAX
mhauf@courtroomproven.com
mpfau@courtroomproven.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SUSAN HOY as Special Administrator of the ESTATE OF A.D.J., a male minor (November 17, 2003 - April 25, 2017), and SUSAN HOY as Guardian Ad Litem of A.B.J., a female minor, (December 21, 2005), DIJONAY THOMAS, individually and as heir to A.D.J., <br><br>     Plaintiff, <br><br> vs. <br><br> PAUL D. JONES, individually; COUNTY OF CLARK, a political subdivision of the State of Nevada; DOES I-X, individuals; and ROE CORPORATIONS I-X; BOULDER II DE, LLC, a Delaware Limited Liability Company dba SIEGEL SUITES BOULDER 2; DOE EMPLOYEE SIEGEL SUITES I-X, <br><br>     Defendant. | Case No.: 2:18-cv-01403-RFB-EJY <br><br> **Joint Status Report** |

COMES NOW Plaintiffs SUSAN HOY as Special Administrator of the ESTATE OF A.D.J., a male minor, SUSAN HOY as Guardian Ad Litem of A.B.J., a female minor and DIJONAY THOMAS, as heir to A.D.J. (hereinafter "Plaintiffs"); and Defendants BOULDER II DE, LLC, THE SIEGEL GROUP OF NEVADA INC., AND BOULDER II LV

HOLDINGS, LLC (collectively, the "parties"), by and through their respective counsel of record, do hereby jointly submit the following status report:

The underlying criminal jury trial regarding Case No.: C-17-326614-1 previously set to commence on January 10, 2022, was vacated pending a hearing of Defendant's Emergency Motion for an Independent Determination of his Fitness and Competency to Stand Trial. The hearing on that matter is set for February 4, 2022.

The present matter has been stayed pursuant to Joint Status Report of the Court on August 3, 2021. [ECF No. 146] until February 11, 2022. As the stay will soon expire, the parties will need an additional stay of discovery until the completion of the criminal proceedings. The parties request the stay be extended April 11, 2022. Once the stay is lifted, the parties will submit an updated proposed Discovery Plan for the Court's review and approval.

Dated this 4th day of February 2022.                    Dated this 4th day of February 2022.

H&P Law                                                 Hawkins Melendrez, P.C.

/s/ Marjorie Hauf, Esq.                                 /s/ Martin Melendrez, Esq.

_____                          _____
Marjorie Hauf, Esq.                                     Martin I. Melendrez, Esq.
Nevada Bar No. 8111                                     Nevada Bar No. 7818
Matthew G. Pfau, Esq.                                   Britannica D. Collins, Esq.,
Nevada Bar No.: 11439                                   Nevada Bar No. 13324
8950 W Tropicana Ave., #1                               9555 Hillwood Drive, Suite 150
Attorneys for Plaintiffs                                Las Vegas, NV 89134
                                                        Attorneys for Defendants
                                                        The Siegel Group of Nevada,
                                                        Inc., Boulder II De, LLC, and
                                                        Boulder II LV Holdings, LLC

IT IS SO ORDERED.

Dated this __26th__ day of ____April____, 2022.

_____
RICHARD F. BOULWARE, II
United States District Court